IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CRAIG ZEBROSKI | § | |
| | § | No. 513, 2018 |
| | § | |
| Defendant Below, | § | Court Below: Superior Court |
| Appellant, | § | of the State of Delaware |
| | § | |
| v. | § | C.A. No. 9604017809 |
| | § | |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: April 24, 2019
Decided: April 25, 2019

Before **STRINE**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

# **O R D E R**

This 25th day of April 2019, we affirm the judgment of the Superior Court on the basis of its opinion dated September 4, 2018.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is hereby AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice

---

[1] *State v. Zebroski*, 2018 WL 4405467 (Del. Super. Ct. Sept. 4, 2018).